**Fill in this information to identify the case and this filing:**

Debtor Name __70 Clermont Ave Ltd__

United States Bankruptcy Court for the: Eastern District of New York

Case number (*If known*): __25-41043-ess__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/03/2025__
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Glenroy Henry
_____
Printed name

President
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___70 Clermont Ave Ltd_____

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): ___25-41043-ess___

☒ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................

   $1,599,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................

   $ 100.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................

   $1,599.100.00

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................................

   $ 2,358,931.93

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .....................................................

   $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................................

   + $ 305,232.47

4. **Total liabilities**...................................................................................................................................
   Lines 2 + 3a + 3b

   $2,664,164.40

**Fill in this information to identify the case:**

Debtor name _____70 Clermont Ave Ltd_____

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): _____25-41043-ess_____

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TD Bank | Ch. 11 Checking | 7792 ___ ___ | $ 100.00 |
| 3.2. | | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $_____ |
| 4.2. | | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 100.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | | $_____ |
| 7.2. | | $_____ |

Debtor _____70 Clermont Ave Ltd_____    Case number *(if known)*___25-41043-ess___
　　　　　　　Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

　　Description, including name of holder of prepayment

　　8.1._____    $_____

　　8.2._____    $_____

9. **Total of Part 2.**

　　Add lines 7 through 8. Copy the total to line 81.　　　　　　　　　$_____

## Part 3:　Accounts receivable

10. **Does the debtor have any accounts receivable?**

　　☒ No. Go to Part 4.

　　☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

　　11a. 90 days old or less:　_____ – _____ = ........➔　$_____
　　　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

　　11b. Over 90 days old:　_____ – _____ = ........➔　$_____
　　　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

12. **Total of Part 3**

　　Current value on lines 11a + 11b = line 12. Copy the total to line 82.　　$_____

## Part 4:　Investments

13. **Does the debtor own any investments?**

　　☒ No. Go to Part 5.

　　☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

　　Name of fund or stock:

　　14.1. _____　_____　$_____

　　14.2. _____　_____　$_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

　　Name of entity:　　　　　　　　　　　　　　% of ownership:

　　15.1._____　_____%　_____　$_____

　　15.2._____　_____%　_____　$_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

　　Describe:

　　16.1._____　_____　$_____

　　16.2._____　_____　$_____

17. **Total of Part 4**

　　Add lines 14 through 16. Copy the total to line 83.　　　　　　　　　$_____

Debtor _____    Case number *(if known)*_____
         **70 Clermont Ave Ltd**
      Name                                                               25-41043-ess

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

| Debtor | 70 Clermont Ave Ltd | Case number (if known) | 25-41043-ess |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | 70 Clermont Ave Ltd | Case number *(if known)* | 25-41043-ess |
|---|---|---|---|
| | Name | | |

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | 70 Clermont Ave Ltd | Case number (if known) | 25-41043-ess |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 70 Clermont Avenue, Brooklyn, NY 11205 | | $_____ | Comparable Sales | $ 1,599,000.00 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 1,599,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | 70 Clermont Ave Ltd | Case number *(if known)* | 25-41043-ess |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

❑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➡  $_____

Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor _____70 Clermont Ave Ltd_____    Case number *(if known)*_____25-41043-ess_____
           Name

---

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➔ | | $ 1,599,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 100.00 | + 91b. $ 1,599,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................   $ 1,599,100.00

**Fill in this information to identify the case:**

Debtor name  70 Clermont Ave Ltd

United States Bankruptcy Court for the:  Eastern District of New York

Case number (If known):  25-41043-ess

☒ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |

**2.1**
Creditor's name
City of New York

Describe debtor's property that is subject to a lien
70 Clermont Ave., Brooklyn, NY 11205

Column A: $ 493,915.89
Column B: $ 1,599,000.00

Creditor's mailing address
New York City Law Dep't
100 Church St, Fl 20, NY, NY 10007

Describe the lien
OATH Fines & Relocation Lien

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred  03/14/2024

Last 4 digits of account number  2407

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
Lending Home Funding Corp. (1)
City of New York (2)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2**
Creditor's name
Lending Home Funding Corp.

Describe debtor's property that is subject to a lien
70 Clermont Ave., Brooklyn, NY 11205

Column A: $ 1,865,016.54
Column B: $ 1,599,000.00

Creditor's mailing address
Wells Fargo Bank N.A.
420 Montgomery Str., San Francisco CA 94104

Describe the lien
Mortgage

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred  10/02/2019

Last 4 digits of account number  5010

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines  2.1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ 2,358,931.93

Debtor    __70 Clermont Ave Ltd_____    Case number *(if known)*___25-41043-ess_____
                Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

**Creditor's mailing address**

_____

_____

_____    **Describe the lien**

_____

**Creditor's email address, if known**    **Is the creditor an insider or related party?**

_____    ☐ No
                              ☐ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**
                                              ☐ No
**Last 4 digits of account**                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
**number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
                                                                    Check all that apply.
☐ No
☐ Yes. Have you already specified the relative    ☐ Contingent
        priority?                                  ☐ Unliquidated
                                                   ☐ Disputed
   ☐ No. Specify each creditor, including this
           creditor, and its relative priority.

           _____
           _____
           _____

   ☐ Yes. The relative priority of creditors is
           specified on lines _____

**2._**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

**Creditor's mailing address**

_____

_____

_____    **Describe the lien**

_____

**Creditor's email address, if known**    **Is the creditor an insider or related party?**

_____    ☐ No
                              ☐ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**
                                              ☐ No
**Last 4 digits of account**                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
**number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
                                                                    Check all that apply.
☐ No
☐ Yes. Have you already specified the relative    ☐ Contingent
        priority?                                  ☐ Unliquidated
   ☐ No. Specify each creditor, including this     ☐ Disputed
           creditor, and its relative priority.

           _____
           _____
           _____

   ☐ Yes. The relative priority of creditors is
           specified on lines _____

Debtor   70 Clermont Ave Ltd
         _____
         Name

Case number (if known)   25-41043-ess
                        _____

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor          70 Clermont Ave Ltd

United States Bankruptcy Court for the: Eastern District of New York

Case number     25-41043-ess
(if known)

☒ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | 70 Clermont Ave Ltd | Case number (if known) | 25-41043-ess |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

2.__ **Priority creditor's name and mailing address**

$_____     $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.__ **Priority creditor's name and mailing address**

$_____     $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.__ **Priority creditor's name and mailing address**

$_____     $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.__ **Priority creditor's name and mailing address**

$_____     $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    70 Clermont Ave Ltd
_____
    Name

Case number (if known)_____ 25-41043-ess _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Glenroy Henry

68 Clermont Ave., Brooklyn, NY 11205
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Repairs Made

$ $300,000.00
_____

Date or dates debt was incurred    02/19/2019

Last 4 digits of account number    n/a _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Union Mutual Fire Insurance Company

139 State St, Montpelier, VT 05602
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Default Judgment

$ 5,232.47
_____

Date or dates debt was incurred    11/07/2018

Last 4 digits of account number    n/a _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  70 Clermont Ave Ltd
_____
        Name

Case number *(if known)*_____  25-41043-ess

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**  **Nonpriority creditor's name and mailing address**
_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
❑ No
☑ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor  70 Clermont Ave Ltd
_____
Name

Case number *(if known)*_____  25-41043-ess

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |

Debtor _____70 Clermont Ave Ltd_____   Case number (if known)_____25-41043-ess_____
　　　　　　　Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    70 Clermont Ave Ltd
_____
Name

Case number *(if known)*    25-41043-ess
_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 2,358,931.93 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 305,232.47 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,664,164.40 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>70 Clermont Ave Ltd</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>25-41043-ess    Chapter   11</td></tr>
</table>

☒ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Sale of 70 Clermont Ave., Debtor is Seller | Sol Invictus Ventura Inc. 450 Elmwood Ave., Niagara Falls, NY 14301 |
| State the term remaining | n/a | |
| List the contract number of any government contract | n/a | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Settlement of Mortgage Lien and interest | Lending Home Funding Corp. Wells Fargo Bank N.A. 420 Montgomery Str. San Francisco, CA 94104 |
| State the term remaining | Payment of $1,300,000.00 | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor  __70 Clermont Ave Ltd_____   Case number *(if known)*__25-41043-ess_____
          Name

<table>
<tr><td colspan="2">■  <strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____   _____

   **State the term remaining**  _____   _____

   **List the contract number of any government contract**  _____   _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____   _____

   **State the term remaining**  _____   _____

   **List the contract number of any government contract**  _____   _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____   _____

   **State the term remaining**  _____   _____

   **List the contract number of any government contract**  _____   _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____   _____

   **State the term remaining**  _____   _____

   **List the contract number of any government contract**  _____   _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____   _____

   **State the term remaining**  _____   _____

   **List the contract number of any government contract**  _____   _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____   _____

   **State the term remaining**  _____   _____

   **List the contract number of any government contract**  _____   _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____   _____

   **State the term remaining**  _____   _____

   **List the contract number of any government contract**  _____   _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>70 Clermont Ave Ltd</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>25-41043-ess</td></tr>
</table>

☒ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | 70 Clermont Ave Ltd | | Case number (if known) | 25-41043-ess |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

2.__  _____

Street  _____

_____

City          State          ZIP Code

_____

❏ D
❏ E/F
❏ G

---

2.__  _____

Street  _____

_____

City          State          ZIP Code

_____

❏ D
❏ E/F
❏ G

---

2.__  _____

Street  _____

_____

City          State          ZIP Code

_____

❏ D
❏ E/F
❏ G

---

2.__  _____

Street  _____

_____

City          State          ZIP Code

_____

❏ D
❏ E/F
❏ G

---

2.__  _____

Street  _____

_____

City          State          ZIP Code

_____

❏ D
❏ E/F
❏ G

---

2.__  _____

Street  _____

_____

City          State          ZIP Code

_____

❏ D
❏ E/F
❏ G

---

2.__  _____

Street  _____

_____

City          State          ZIP Code

_____

❏ D
❏ E/F
❏ G

---

2.__  _____

Street  _____

_____

City          State          ZIP Code

_____

❏ D
❏ E/F
❏ G

**Fill in this information to identify the case:**

Debtor name          70 Clermont Ave Ltd

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known):    25-41043-ess

(State)

☒ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ___ MM / DD / YYYY to Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For prior year:** From ___ MM / DD / YYYY to ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | **For the year before that:** From ___ MM / DD / YYYY to ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ___ MM / DD / YYYY to Filing date | _____ | $_____ |
   | **For prior year:** From ___ MM / DD / YYYY to ___ MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** From ___ MM / DD / YYYY to ___ MM / DD / YYYY | _____ | $_____ |

| Debtor | 70 Clermont Ave Ltd | | Case number *(if known)* | 25-41043-ess |
|--------|---------------------|--|--------------------------|--------------|
| | Name | | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|--|-----------------------------|-------|-----------------------|------------------------------------------------------------|
| 3.1. | | | | |
| | Creditor's name | | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State       ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | Creditor's name | | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State       ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|--|----------------------------|-------|-----------------------|----------------------------------|
| 4.1. | | | | |
| | Insider's name | | $_____ | _____ |
| | | | | |
| | Street | | | _____ |
| | | | | |
| | City            State       ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | | |
| | Insider's name | | $_____ | _____ |
| | | | | |
| | Street | | | _____ |
| | | | | |
| | City            State       ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | 70 Clermont Ave Ltd | Case number (if known) | 25-41043-ess |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |
| **5.2.** | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City                State        ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** | | | ☐ Pending |
| | | Name | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| | | | |
| | | City        State        ZIP Code | |
| **Case title** | | **Court or agency's name and address** | ☐ Pending |
| **7.2.** | | | ☐ On appeal |
| | | Name | ☐ Concluded |
| **Case number** | | Street | |
| | | | |
| | | City        State        ZIP Code | |

Debtor     70 Clermont Ave Ltd
_____
Name

Case number (if known)_____ 25-41043-ess

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| City          State          ZIP Code | Case number | Street |
| | Date of order or assignment | City          State          ZIP Code |

## Part 4:    Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:    Certain Losses

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

Debtor    **70 Clermont Ave Ltd** _____        Case number *(if known)*_____ **25-41043-ess**
                        Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | _____ | _____ | $_____ |
| **Address** _____ | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City            State        ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** _____ | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City            State        ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor    70 Clermont Ave Ltd
_____
Name

Case number (if known)    25-41043-ess
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____    $_____

       _____

   **Address**

   _____
   Street

   _____
   City            State      ZIP Code

   **Relationship to debtor**

   _____

| Who received transfer? | | | |
|---|---|---|---|

13.2. _____    _____    _____    $_____

       _____

   **Address**

   _____
   Street

   _____
   City            State      ZIP Code

   **Relationship to debtor**

   _____

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____    From _____   To _____
      Street

      _____

      _____
      City                    State      ZIP Code

14.2. _____    From _____   To _____
      Street

      _____

      _____
      City                    State      ZIP Code

Debtor    70 Clermont Ave Ltd _____    Case number (if known)_____ 25-41043-ess
            Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City         State      ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| **15.2.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City         State      ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | 70 Clermont Ave Ltd | Case number *(if known)* | 25-41043-ess |
|---|---|---|---|
| | Name | | |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____<br>Street _____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____<br>Street _____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____<br>Street _____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____<br>Street _____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor  70 Clermont Ave Ltd
        _____          Case number (if known)_____ 25-41043-ess _____
        Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

☐ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

☐ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

☐ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor    70 Clermont Ave Ltd
_____
      Name

Case number *(if known)*    25-41043-ess
_____

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City        State    ZIP Code | _____ City        State    ZIP Code | _____ | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City        State    ZIP Code | _____ | From _____    To _____ |
| 25.2. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City        State    ZIP Code | _____ | From _____    To _____ |
| 25.3. | _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ City        State    ZIP Code | _____ | From _____    To _____ |

---

| Debtor | 70 Clermont Ave Ltd | Case number *(if known)* | 25-41043-ess |
|---|---|---|---|
| | Name | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | From _____    To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | From _____    To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City                State        ZIP Code | _____ <br> _____ <br> _____ |

Debtor    70 Clermont Ave Ltd
_____
Name

Case number *(if known)*   25-41043-ess
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____    _____
Name                                            _____

_____    _____
Street

_____
City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

26d.1.    _____
Name

_____
Street

_____
City                    State        ZIP Code

| Name and address |
|---|

26d.2.    _____
Name

_____
Street

_____
City                    State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
Name

_____
Street

_____
City                    State        ZIP Code

Debtor ___70 Clermont Ave Ltd_____        Case number *(if known)* __25-41043-ess_____
　　　　Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.　_____
　　　　Name
　　　　_____
　　　　Street
　　　　_____
　　　　City　　　　　　　　　　　　State　　　ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Glenroy Henry | 68 Clermont Ave, Brooklyn, NY 11205 | President | 75% |
| Andre Solei | 450 Elmwood Ave, Niagara Falls, NY 14301 | Secretary-Treasurer | 25% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name |  |  |  |
| _____ |  |  |  |
| Street | _____ |  |  |
| _____ |  |  |  |
| City　　　　　State　　ZIP Code | _____ |  |  |
| Relationship to debtor |  |  |  |
| _____ | _____ |  |  |

Debtor    70 Clermont Ave Ltd    Case number *(if known)*  25-41043-ess
_____    _____
Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ _____ _____ | |
| | Name | _____ | |
| | Street | _____ | |
| | | _____ | |
| | City            State        ZIP Code | _____ | |
| **Relationship to debtor** | | _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/24/2025
                MM / DD / YYYY

✗ _____    Printed name  Glenroy Henry
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

**In Re:**

70 Clermont Ave Ltd

**Case No.**  25-41043-ess

**Chapter**  11

**Debtor(s)**

-----------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:  02/24/2025

_____

Debtor  70 Clermont Ave Ltd by
Glenroy Henry, President

_____

Joint Debtor

_____

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
**www.nyeb.uscourts.gov**

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** _70 Clermont Ave Ltd_                      **CASE NO.:** _25-41043-ess_

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐   **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

X   **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1.  **CASE NO.:** _22-42315-ess_          **JUDGE:** _Elizabeth S. Strong_          **DISTRICT/DIVISION:** _EDNY USBC_

    **CASE PENDING: (YES/NO):** _No_          **[***If closed***] Date of Closing:** _June 15, 2023_

    **CURRENT STATUS OF RELATED CASE:** _Dismissed_
    **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

    **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _Same Debtor_

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _70 Clermont Avenue, Brooklyn, NY 11205_

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:

  _____

2.  **CASE NO.:** _20-40394-cec_          **JUDGE:** _Carla E. Craig_          **DISTRICT/DIVISION:** _EDNY USBC_

    **CASE PENDING: (YES/NO):** _No_          **[***If closed***] Date of Closing:** _April 28, 2020._

    **CURRENT STATUS OF RELATED CASE:** _Dismissed_
    **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

    **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _Same Debtor_

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _70 Clermont Avenue, Brooklyn, NY 11205_

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**[OVER]**

**DISCLOSURE OF RELATED CASES (cont'd)**

3.  **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
**(Discharged/awaiting discharge, confirmed, dismissed, etc.**

      **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (<u>REAL PROPERTY</u>):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF
  RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL
  PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN
  SCHEDULE "A/B" OF RELATED CASES:

  _____

**NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**I am admitted to practice in the Eastern District of New York (Y/N):** ___Y_____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.**

McKinley Onua PLLC

_____
**Signature of Debtor's Attorney**
Nnenna Onua, Esq.

_____
**Signature of Pro-se Debtor/Petitioner**

233 Broadway, Suite 2348
_____
**Mailing Address of Debtor/Petitioner**

New York City    NY      1027 9
_____
**City, State, Zip Code**

nonua@mckinleyonua.com
_____
**Email Address**

(718) 522-0236
_____
**Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**